CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JAN 31 2006

JOHN F. CORCORAN, CLERK
BY
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARCUS DUENAS,<br>Petitioner,<br><br>v.<br><br>DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS,<br>Respondent. | Civil Action No. 7:05CV00660<br><br>**FINAL ORDER**<br><br>By: Hon. Glen E. Conrad<br>United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

### ORDERED

that the respondent's motion to dismiss shall be and hereby is **GRANTED**, and the petition shall be and hereby is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and all counsel of record.

ENTER: This 31st day of January, 2006.

_____
United States District Judge